UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



ALEXANDER HATZEY,
Individually and on behalf of all others
similarly situated

    **Plaintiff,**
v.                Civil Action No.: 2:18cv191

DIVURGENT, LLC.,

    **Defendant.**

## OPINION AND ORDER

This matter comes before the Court on Plaintiff's Unopposed Motion for Settlement Approval under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201. Doc. 32. Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil Procedure, Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia, and by order of reference dated July 13, 2018, this matter was referred to a United States Magistrate Judge for a Report and Recommendation. Doc. 28.

The Report and Recommendation of the Magistrate Judge ("R&R"), filed on October 9, 2018, finds that the proposed settlement "is fair and reasonable and in accordance with the purposes of the FLSA." Doc. 42 at 12. Accordingly, the Magistrate Judge recommends that Plaintiff's Unopposed Motion for Approval of Settlement Approval, Doc. 32, be GRANTED.

By copy of the R&R, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge within fourteen (14) days from the date the R&R was sent, <u>see</u> 28 U.S.C. §636(b) and Federal Rule of Civil procedure 72(b), computed pursuant to Federal Rule of Civil Procedure 6(a). Doc. 42 at 13. The parties were also

1

given an additional three (3) days, pursuant to Rule 6(d) of the Federal Rules of Civil Procedure. The time for filing written objections has now passed, and neither party has filed objections. As indicated in the R&R, failure to file timely objections to the findings and recommendations set forth in the R&R "will result in waiver of right to appeal from a judgment of this Court based on such findings and recommendations." Id.

This Court has reviewed the R&R of the Magistrate Judge and hereby adopts and approves in full the findings and recommendations set forth therein. Accordingly, it is hereby **ORDERED** that Plaintiff's Unopposed Motion for Settlement Approval, Doc. 32, is **GRANTED**.

The parties are advised that they may appeal from this Opinion and Final Order by forwarding a written notice of appeal to the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510. Said written notice must be received by the Clerk within sixty (60) days from the date of this Order.

The Clerk is **REQUESTED** to send a copy of this Opinion and Order to all counsel of record.

It is so **ORDERED**.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge

HENRY COKE MORGAN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
October 30, 2018